UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00489-RJC-DCK

| | |
|---|---|
| TARA RAGAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| MECKLENBURG EMS AGENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Plaintiff's "NOTICE of Settlement and Request for Assistance. (Doc. No. 11). It appears that the parties successfully mediated this case on March 28, 2018. (Id.). The parties have since been working on a settlement agreement but now requests the Court to refer the matter to the Magistrate Judge to finalize the settlement document. The Court hereby **GRANTS** Plaintiff's request.

Signed: August 15, 2018

Robert J. Conrad, Jr.
United States District Judge

1